# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 3/22/07*

| | |
|---|---|
| Hua ZHU<br>Jing LI<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>*Michael Chertoff*, Secretary of the<br>Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director,<br>U.S. Citizenship and Immigration Services;<br>*Christina Poulos*, Director,<br>California Service Center, U.S.C.I.S.;<br>*Robert S. Mueller*,<br>Director of Federal Bureau of Investigation<br><br>　　　　　　Defendants. | No.: <u>C 06-7642 RMW</u><br><br>**STIPULATION TO RESET CASE<br>MANAGEMENT CONFERENCE;<br>AND** [xxxxxxxxxxxxx] **ORDER**<br><br><br>Date: April 13, 2007<br>Time: 9:00 a.m.<br>Court Room: 6, 4th floor |

　　　　Plaintiff, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　　　1. The Case Management Conference(CMC) is presently scheduled for March 20, 2007; and a hearing on a motion to dismiss with the Court is presently scheduled for April 13, 2007.

　　　　2. In the interest of conserving judicial resources, the parties respectfully request that the Court reset the CMC to the same time as hearing on April 13, 2007 at 9:00 a.m. The Case Management Statement (CMS) will be filed 7 days before CMC on April 6, 2007.

Date: March 12, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: March 12, 2007

JUSTIN X. WANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 22, 2007

RONALD M. WHYTE
United States District Judge