SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 6/5/07*

| | |
|---|---|
| HUA ZHU and JING LI, | ) No. C 06-7642 RMW |
|     Plaintiffs, | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| U.S. Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director | ) |
| U.S. Citizenship and Immigration Services; | ) |
| CHRISTINA POULOS, Director, | ) |
| California Service Center, U.S.C.I.S.; | ) |
| ROBERT S. MUELLER, Director | ) |
| of Federal Bureau of Investigation, | ) |
|     Defendants. | ) |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).  The parties also request that the Court vacate the hearing scheduled for June 8, 2007 for the parties' cross-motions for summary judgment.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C06-7642 RMW        1

Dated: May 29, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                           /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: May 29, 2007                            /s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  6/5/07                             *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge